JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER, CSBN 256624
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    e-mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | NO. CV 09-5211 JW<br><br>STIPULATION AND ORDER FOR EXTENSION |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to and including June 23, 2010, in which to file a response to Plaintiff's Motion for Summary Judgment. This extension is requested because Defendant's counsel needs additional time due to an unusually heavy workload and the recent reassignment of this case from another Special Assistant United States Attorney.

1

2  DATE: 5/20/10                    Respectfully submitted,

3
                                    JOSEPH P. RUSSONIELLO
4                                   United States Attorney

5
                              By  /s/ *Leslie Alexander*
6                                   LESLIE ALEXANDER
                                    Special Assistant United States Attorney
7
                                    Attorneys for Defendant
8
9  DATED: 5/20/10            By:  /s/  *Tom Weathered*
                                    [*authorized via electronic mail  on 5/19/10*]
10                                  TOM WEATHERED
                                    Attorney for Plaintiff
11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social

13  Security shall have up to and including June 23, 2010, to respond to Plaintiff's Motion for

14  Summary Judgment.

15
16
17
18  DATED   May 28, 2010                         _____
19                                               JAMES WARE
20                                               UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

Stipulation and Proposed Order
CV-09-5211-JW                              2