UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RUSSELL THOMAS, | ) | Case No.: 09-CV-05211-LHK |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) | |
| Defendant. | ) ) ) | |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 5, 2011

_____
LUCY H. KOH
United States District Judge